## United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

IN RE:  Robert S Grandberry, Jr.    )   Chapter 13
                                    )   Case No. 19 B 16988
       Debtor(s)                    )   Judge Timothy A Barnes

## Notice of Motion

Robert S Grandberry, Jr.
12414 S. State St.
Chicago, IL  60628

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On September 26, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, August 31, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 06/14/2019.

2. The debtor(s) have failed to address the proof of claim filed by the Internal Revenue Service regarding unfiled tax returns for tax year(s) 2017.

3. Debtor has failed to amend Schedule I to correct length of employment.

4. Debtor has failed to address the IRS's Proof of Claim.

5. Debtor has failed to provide Proof of Income.

6. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE