# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN District of ILLINOIS

In re:  Robert Grandberry Jr   Case No:  19-16988

Chapter: 13

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY

### SANTANDER CONSUMER USA

**Comes now Santander Consumer USA and withdraws CLAIM number (1) previously filed in the above referenced bankruptcy action on or about 6/25/2019.**

**Respectfully submitted,**

/s/ Lorraine Lowery-Johnson
**Bankruptcy Representative**

Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245