UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Robert S Grandberry, Jr.<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-16988<br><br>Chapter: 13<br>Honorable Timothy Barnes |

**ORDER MODIFYING THE PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:

   a) Defer the current trustee default to the end of the Plan; and

   b) Increase the plan term to 65 months under the CARES Act.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 22, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600